IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>FRESH CUT LAWN & LANDSCAPE SERVICE, INC., et al.,<br>　　　　　　　　　Debtors.<br><br>———<br><br>RESERVES DEVELOPMENT, LLC,<br>　　　　　　　　　Plaintiff,<br>v.<br><br>CHRISTOPHER GLENN,<br>　　　　　　　　　Defendant. | Chapter 7<br><br>Case Nos. 06-10531 (CSS), et seq.,<br>(Jointly Administered)<br><br><br><br>Adversary Proc. No. 10-50916-CSS |

**PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW IN CONNECTION WITH PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

TO THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE, GREETINGS:

UPON CONSIDERATION OF the Motion for Summary Judgment (the "Motion") and any briefs in support thereof filed by plaintiff Reserves Development LLC ("Plaintiff") in the above-captioned adversary proceeding; no response having been filed by the defendant Christopher Glenn ("Defendant"); it appearing that the above-captioned adversary proceeding is not a core proceeding but is related to the case under title 11 captioned as *In re Fresh Cut Lawn & Landscape Service, Inc., et al.,* Case Nos. 06-10531 (CSS), et seq., the United States Bankruptcy Court for the District of Delaware (this "Court") hereby submits the following proposed findings of fact and conclusions of law in connection with the Motion to the United States District Court for the District of Delaware pursuant to 28 U.S.C. § 157(c)(1):

1. This is an adversary proceeding related to the above-captioned bankruptcy cases of Fresh Cut Lawn & Landscape Service, Inc. and certain of its affiliates (collectively, the "Debtors"). On May 30, 2006 (the "Petition Date"), the Debtors respectively filed voluntary petitions for relief under Chapter 7 of title 11 of the United States Code (the "Bankruptcy Code"). Alfred T. Giuliano ("Trustee") was appointed to serve as Chapter 7 trustee over the Debtors' bankruptcy estates.

2. Plaintiff properly filed and caused to be served a complaint and summons in this adversary proceeding upon the Defendant in accordance with Fed. R. Bankr. P. 7004.

3. Plaintiff properly filed and caused to be served the Motion and opening brief in support thereof (the "Opening Brief") upon Defendant in accordance with the applicable local rules of this Court.

4. Defendant did not file a response to the complaint or the Motion, nor did Defendant take any action to respond to the relief requested therein.

5. The Motion was supported by duly executed declaration of Abraham Korotki, a person with knowledge of the facts set forth therein (the "Declaration").

6. For the reasons set forth in the Opening Brief, the facts set forth in the Declaration should be found as true and correct.

7. For the reasons set forth in the Opening Brief, the Motion should be granted, in accordance with the proposed form of order attached to the Motion at the time of filing.

PROPOSED BY:

Dated: Nov. 9, 2010
Wilmington, Delaware

HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE